IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER JOSEPH MAES,

      Petitioner,                    No. 2: 12-cv-1634 KJM DAD P

   vs.

HEIDI LACKNER, Warden,

      Respondent.                ORDER

_____/

      On September 5, 2012, respondent filed a motion to dismiss arguing that petitioner's application for a writ of habeas corpus is time-barred and that the pending petition contains an unexhausted claim that fails to assert a federally cognizable claim.  To date, petitioner has not opposed the motion.  Petitioner will be given thirty days to file a response to the motion.

      Respondent notes in the motion to dismiss that Frank X. Chavez is the current warden of the Sierra Conservation Center, not Heidi Lackner.  Federal Rule of Civil Procedure 25(d) provides that a court may at any time order substitution of a public officer who is a party in an official capacity whose predecessor dies, resigns, or otherwise ceases to hold office.  Because Frank X. Chavez is the individual who now currently has custody of petitioner, the caption of the case will be changed to reflect the proper party respondent.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Clerk shall replace Heidi Lackner with Frank X. Chavez as the respondent in this matter; and

2. Within thirty (30) days of the date of this order, petitioner shall file an opposition to respondent's September 5, 2012 motion to dismiss. Failure to file an opposition may result in a recommendation that this case be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

DATED: November 1, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
maes1634.146.osc

2